PER CURIAM.
AFFIRMED. See DiGuilio v. State, 451 So.2d 487 (Fla. 5th DCA 1984); see also United States v. McKinnon, 985 F.2d 525 (11th Cir.), cert. denied, 510 U.S. 843, 114 S.Ct. 130, 126 L.Ed.2d 94 (1993); State v. Smith, 641 So.2d 849 (Fla.1994); State v. McAdams, 559 So.2d 601 (Fla. 5th DCA 1990); Brown v. State, 349 So.2d 1196 (Fla. 4th DCA 1977), cert. denied, 434 U.S. 1078, 98 S.Ct. 1271, 55 L.Ed.2d 785 (1978).
DAUKSCH, PETERSON and THOMPSON, JJ., concur.